**Motion Granted; Order filed January 19, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-11-00401-CV

_____

**SHARYON GATHE, Appellant**

**V.**

**JOSEPH C. GATHE, JR., Appellee**

---

**On Appeal from the 308th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2006-69829**

---

## O R D E R

This is an appeal from a judgment signed February 7, 2011. The clerk's record was filed July 15, 2011.

Appellant filed a motion to supplement the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain:

1. Appellee's Motion for Status Conference filed on May 10, 2010;

2. Appellee's Motion for Pre-Trial Conference filed on May 10, 2010;

3. Order for New Trial and Scheduling Order signed by Judge Stansbury on January 14, 2011; and

4. Appellant's Reminder of Past Due Findings of Fact and Conclusions of Law filed on March 25, 2011.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **February 2, 2012**, containing the above-listed items.

If the omitted items are not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted items are not a part of the case file.

PER CURIAM